## MCCOLLAM REALTY *v.* J. C. MARTIN

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 904 (AC 19730), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*J. C. Martin,* pro se, in support of the petition.

*James M. Mannion,* in opposition.

Decided May 16, 2001

## STATE OF CONNECTICUT *v.* ANDRE PIERCE

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 905 (AC 17787), is denied.

*Andre Pierce,* pro se, in support of the petition.

Decided May 16, 2001